**GOLDBERG AND WEINBERGER LLP**
Attorneys at Law

**630 Third Avenue, 18th Floor**
**New York, New York 10017**

**Lewis Goldberg (N.Y., CT. & N.J.)**　　　　　_____　　　　　**OTHER OFFICE:**
**Stuart Weinberger (N.Y. & N.J.)**　　　　　　　　　　　　　　　　**REDDING, CT.**

**TEL: (212) 867-9595**
**FAX: (212) 949-1857**

　　　　　　　　　　　　　　　　　　　　　　　　　March 17, 2020

*Via ECF*
Hon. Judge Sandra Feuerstein
U.S. District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY, 11722

　　　　Re:　*Bonilla v. Omni Recycling, Inc. et al*
　　　　　　　*Index No.: 19-CV-1288*

Dear Judge Feuerstein:

　　　　This office is co-counsel in our representation of Defendants in this matter, and I write on behalf of all parties to inform the Court that the parties have reached an agreement in principle to resolve this case. As such, we respectfully request that all future deadlines be stayed for 60 days, so as to allow the parties to memorialize and execute a settlement agreement, and submit the settlement papers to the court in accordance with *Cheeks*.

　　　　Thank you for your time and consideration regarding this matter.

　　　　　　　　　　　　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　　　　　　　　　　_____/S/_____
　　　　　　　　　　　　　　　　　　　　　Stuart Weinberger, Esq